UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 MAY 27 AM 10: 59

HERNANDO ESTEVENS MONTOYA GUZMAN
    Defendant,

CASE NO.

v.

UNITED STATES OF AMERICA
    Plaintiff.

DEFENDANT'S MOTION PURSUANT TO
RULE 52(b) AND 59(e) OF THE FEDERAL RULES
OF CIVIL PROCEDURE

RELIEF REQUESTED

The Defendant in this matter, Hernando Estevens Montoya Guzman, move this Court, pursuant to Rule 52(b) and 59(e) of the Federal Rules of Civil Procedure, to vacate the Judgment entered by this Court on or about April 28, 2021, restore Mr. Montoya Guzman to the active side of the calander, to allow Mr. Montoya Guzman to submit to the Court a claim for Compassionate Release based on the Deprived Conditions he has suffered since March of 2020.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/21

10/6/21

MEMO ENDORSED

Defendant's motion pursuant to Rules 52(b) and 59(e) is denied. If defendant wishes to file another Compassionate release motion, he may do so after exhausting his remedies on the "particular" claim with the Bureau of Prisons. The Clerk is to terminate the motion at 16 CR 136, Doc 179; and 17 CV 8419 Doc 18.

-1-